The People of the State of Illinois, defendant in error, v. Fred Mader, plaintiff in error. Gen. No. 28,281.

Indictment for conspiracy. Defendant, on severance allowed, found guilty, fined $1,000 and sentenced to a year's imprisonment. Error to the Criminal Court of Cook county; the Hon. William E. Dever, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 26, 1923.

Charles E. Erbstein and John B. Fruchtl, for plaintiff in error; Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson, Clyde C. Fisher, Assistant State's Attorneys, and Hobart P. Young, Special Assistant State's Attorney, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Henry W. Pfaff, appellee, v. Frank E. Lackowski, appellant. Gen. No. 28,373.

Claim for commission for procuring business of rent collecting. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 26, 1923.

Ziv, Loomis & Silvertrust, for appellant. A. S. and E. W. Froehlich, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Matthew T. Dunn and Frank J. Dunn, copartners, trading as Dunn Brothers, appellees, v. Parisian Novelty Company, appellant. Gen. No. 28,435.

Bill of exceptions not filed in statutory time. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 26, 1923.

Edgar J. Schoen, for appellant. No appearance for appellees.

Mr. Justice Barnes delivered the opinion of the court.